UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | DOCKET NO. 07-12064-JLT |
| | ) | |
| TODD CARTA | ) | |
| | ) | |

MOTION FOR RESPONDENT TO BE PERMITTED
TO WEAR "STREET CLOTHES" TO TRIAL

Now comes respondent, Todd Carta, and requests that this Court order the Marshals to permit him to wear "street clothes" to his upcoming bench trial. Respondent so requests because this will be a public trial and, in the interests of dignity, he wishes to be permitted to dress in pants and a shirt, rather than an orange canvas jumpsuit. Counsel will deliver the clothes to the Marshal's office in the mornings before the sessions begin, as is the practice in a criminal trial.

Respectfully submitted,
TODD CARTA
By his attorney,

/s/ Page Kelley
Page Kelley
  B.B.O. #548237
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

February 3, 2009

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 3, 2009.

/s/ Page Kelley
Page Kelley