9-22-10

Dear Judge Saris,

My name is Todd Carta and I am a detainee awaiting another trial for Civil Commitment.

My attorneys name is Ian Gold and I have a big Problem with him.

Recently, I was given an Incident Report for Possesion of Amphetamines which is a 100 Series Incident Report, The most Severe in the B.O.P. I tried Calling my Attorney to have him Come here to Devens to try and help me get the truth. On this incident Report I spent 45 days in S.H.U. The Disiplinary Hearing Officer insinuated that mr. Gold, being the only Visit I have ever had in the B.O.P. Brought in the Drugs. I have not EVER done drugs while incarcerated! He has not Responded to my requests to Come here to Devens. As Time goes by I feel it will be harder to Prove my innocence.

About 60 days ago, the last time I Spoke to mr. Gold I told him I wanted to be kept informed weekly about the Status of my Case, he told me it was the least he could do. He has not written me 1 letter in all that time. I also gave him a list of witnesses I wanted deposed and he blew that off too.

Mr. Gold also told me the experts Report was due on the 1st of Sept. I have heard nothing of this Report.

Your Honor, After almost 4 Years I am at the end. I am tired of this, I want to be either Committed or released I have been telling this to my lawyers for almost 4 Years

I also wanted Your Honor to know that I fired mr. Gold before the evaluations were done but he Came here and told me he had Re-Hired himself.

This is a very Serious Case and it is Obvious mr. Gold does not have the time for my Case, Therefore, I Request You aPPoint Competent Counsel for me.

I also wanted to mention the sanctions the B.O.P. has placed on me.

I have lost my phone for 4 months, making it extremely difficult for me to contact my lawyer. I cannot just ask to use the phone, they say I must fill out a form and submit it. I did this on Monday and have still heard nothing.

They have also taken my visits for 1 year because they say the drugs most likely came in through visits — my only visits in 8 years being attorneys!

Thank You

Todd Cart